DISTRICT OF OREGON, ss:     AFFIDAVIT OF 

### Affidavit in Support of a Criminal Complaint and Arrest Warrant

I, ██████ being duly sworn, do hereby depose and state as follows:

### Introduction and Agent Background

1.      I am employed as a Special Agent with the Federal Protective Service (FPS), assigned to the Region 6 Investigations Branch in Saint Louis, Missouri. I have been an Agent with the FPS since April 2013. As part of my daily duties as an FPS Special Agent, I investigate general crimes. I graduated from the Federal Law Enforcement Training Center's Criminal Investigator Training Program in September 2013. I have experience investigating crimes against federal employees and federal property, including threats and assaults on federal government employees.

2.      I submit this affidavit in support of a criminal complaint and arrest warrant for TOMAS PLANCARTE-BENSON for Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1). As set forth below, I have probable cause to believe that PLANCARTE-BENSON committed the crime of Assault on a Federal Officer, in violation of 18 U.S.C. § 111(a)(1).

3.      The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, my review of records related to this investigation, communication with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a complaint and an arrest warrant, it does not set forth each fact

that I or others have learned during this investigation.

## Applicable Laws

4. 18 U.S.C. § 111(a)(1) makes it an offense to forcibly assault, resist, oppose, impede, intimidate, or interfere with any person designated in 18 U.S.C. § 1114 while engaged in or on account of the performance of official duties. Persons designated in § 1114 include any officer or employee of the United States or of any agency in any branch of the United States government while such officer or employee is engaged in or on account of the performance of official duties, and any person assisting such an officer or employee in the performance of official duties. Under § 111(a), simple assault is a misdemeanor, but where the assaultive acts involve physical contact with the victim, the offense is a felony punishable by imprisonment up to 8 years. Assaulting a federal officer which results in bodily injury is punishable by up to 20 years' imprisonment. The statute does not define "bodily injury" however 18 U.S.C. § 1365(h)(4) has been interpreted to define bodily injury to mean: (A) a cut, abrasion, or bruise, (B) physical pain, or (C) any other injury to the body, no matter how temporary.

## Statement of Probable Cause

### June 2025: Protests at the Portland ICE Building

6. Since June 4, 2025, protests have occurred at the U.S. Immigration and Customs Enforcement (ICE) Portland Field Office located at 4310 South Macadam Ave in Portland, Oregon. During daylight hours, some of the attendees at the demonstration have harassed both ICE clients and employees by following them with cameras making disparaging remarks and threatening statements, including stating that that they know where the target lives or that they will find the target of the harassment. Many of these individuals dress in all black clothing,

commonly referred to as "black bloc." Black bloc can prevent identification of individual actors by authorities. After nightfall, the attendees generally become more aggressive, damaging personal and government property, and throwing items toward federal law enforcement officers working at the building. The violence toward officers has included discharging pepper spray at officers as well as throwing rocks, trash, and bricks pulled from the ICE facility's driveway.

7. On September 27, 2025, at approximately 7:30 P.M., FPS and ICE Enforcement and Removal (ERO) Special Response Team (SRT) law enforcement personnel deployed outside the gates of the ICE facility to clear the vehicle entrance for vehicles to enter the ICE facility. Prior to law enforcement personnel leaving the ICE facility, a long-range-acoustic device (LRAD) warning was given by FPS for individuals to clear the vehicle entrance into the ICE facility.

8. Victim (V), an FPS Inspector, began to physical clear the intersection by walking into the roadway on South Bancroft near the intersection of South Moody Avenue. V used his police issued riot shield to push a subject, later identified as TOMAS PLANCARTE-BENSON, away from the impending approach of incoming vehicles. V also gave TOMAS PLANCARTE-BENSON verbal commands to "move" or "clear the driveway." I reviewed the surveillance of the incident and V is pointing his finger in a motion to indicate TOMAS PLANCARTE-BENSON to move. TOMAS PLANCARTE-BENSON, using both of his extended arms, shoved V once. V steps back from the force of the push by TOMAS PLANCARTE-BENSON. TOMAS PLANCARTE-BENSON was easily identifiable by his black hat, face covering, multicolored long-sleeved flannel shirt, khaki pants, and light-colored shoes.

9. On September 26, 2025, I reviewed Video Surveillance System (VSS) footage of the incident. Camera C1-E19 - Front of Gate House captures footage of the assault on V. Below are screenshots of the surveillance.



TOMAS PLANCARTE-BENSON in front of ICE vehicle entrance.



V physically moves TOMAS PLANCARTE-BENSON away from ICE vehicle entrance with his police issued riot shield.

**Affidavit of** █████                                                            **Page 5**



TOMAS PLANCARTE-BENSON pushes V (1st Photograph).



TOMAS PLANCARTE-BENSON pushes V (2nd Photograph).

**Affidavit of** ███                                                                 **Page 6**



TOMAS PLANCARTE-BENSON after pushing V (1st Photograph).



TOMAS PLANCARTE-BENSON after pushing V (2nd Photograph).



TOMAS PLANCARTE-BENSON taken into custody.

**Affidavit of** ▮                                                                                              **Page 8**

10. On September 27, 2025, at approximately 8:10 P.M., FPS and ICE Enforcement and Removal (ERO) Special Response Team (SRT) law enforcement personnel deployed outside the gates of the ICE facility to make a targeted arrest of TOMAS PLANCARTE-BENSON for 18 U.S.C. § 111(a)(1). TOMAS PLANCARTE-BENSON was taken into the ICE facility for processing.

11. On September 27, 2025, at about 9:15 PM, FPS agents interviewed V. V told the Special Agents, his team and him deployed from the Portland ICE facility at 4310 South Macadam Avenue to clear the vehicle entrance in front of the ICE facility at approximately 7:30 PM. While attempting to physically clear the ICE facility vehicle entrance, V had to physically move TOMAS PLANCARTE-BENSON after he failed to respond to his verbal commands. In response, TOMAS PLANCARTE-BENSON moved towards V and pushed him with two hands, then retreated into the crowd. Moments later TOMAS PLANCARTE-BENSON approached V again and began making punching gestures with his left hand. V then retreated into the secured area of the facility with the rest of his team. V stated he believed TOMAS PLANCARTE-BENSON committed an assault on a federal officer, but did not immediately arrest TOMAS PLANCARTE-BENSON because they are trained to clear the area for the vehicle as their primary objective, knowing an arrest team will subsequently come out to arrest the suspect.

12. On September 27, 2025, at about 9:30 PM, FPS agents attempted to conduct a custodial interview with TOMAS PLANCARTE-BENSON. TOMAS PLANCARTE-BENSON declined to waive his Miranda Rights and participate in a custodial interview. FPS agents did not ask any questions of TOMAS PLANCARTE-BENSON.

13. A review of TOMAS PLANCARTE-BENSON'S criminal history shows an arrest for driving under the influence (misdemeanor conviction), reckless driving (misdemeanor conviction), criminal driving suspended/revoked (misdemeanor conviction), menacing (misdemeanor conviction), and 4th degree assault (felony conviction).

### Conclusion

14. Based on the foregoing, I have probable cause to believe that TOMAS PLANCARTE-BENSON willfully committed Assault on a Federal Officer, in violation of 18 U.S.C § 111. I therefore request that the Court issue a criminal complaint and an arrest warrant for TOMAS PLANCARTE-BENSON.

14. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by an Assistant United States Attorney, and the AUSA advised me that the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

### Request for Sealing

15. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested arrest warrant. I believe that sealing these documents is necessary any disclosure of the information at this time may cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit and the arrest warrant may adversely affect the integrity of the investigation.

*By phone pursuant to Fed. R. Crim. P. 4.1*

██████████

Special Agent, FPS

      Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at  3:45  a.m./(p.m.) on  9/28/2025 .

*Stacie Beckerman* (signature)
_____
HONORABLE STACIE BECKERMAN
United States Magistrate Judge