# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br>**TOMAS PLANCARTE-BENSON**<br><br>*Defendant* | ) ) ) Case No. 3:25-mj-270<br>) )<br>) )<br>) ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* TOMAS PLANCARTE-BENSON,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

As described in the attached affidavit by SA Vas.

Date: 9/28/2025

*Issuing officer's signature*

City and state: Portland, Oregon

Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 9/29/25, and the person was arrested on *(date)* 09/29/25
at *(city and state)* ~~Colur~~ St. Helens, OR.

Date: 9/29/25

*Arresting officer's signature*

Inspector Oliver Tapis
*Printed name and title*